1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNNY WHEELER,

                    Plaintiff,                                    Case No. 04-5776FDB

        v.                                                        ORDER AFFIRMING DENIAL OF
                                                                  BENEFITS
JO ANNE B. BARNHART, Acting
Commissioner of Social Security, Secretary,
Health & Human Services,

                    Defendant.

15      The Court, has reviewed plaintiff's complaint, the Report and Recommendation of

16  Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record; and it

17  is hereby **ORDERED**:

18      (1)     that the Court adopts the Report and Recommendation;

19      (2)     the case is DISMISSED; and

20      (3)     the Clerk is directed to send copies of this Order to plaintiff's counsel,

21              defendant's counsel and Magistrate Karen L. Strombom.

22      DATED this 1st day of March 2006.

23
24
25                  FRANKLIN D. BURGESS
                    UNITED STATES DISTRICT JUDGE
26
27
28

ORDER AFFIRMING DENIAL OF BENEFITS

Page - 1